

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2019

No. 04-19-00621-CR

Jesus J. Mendez **CERVANTES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR3097
Honorable Frank J. Castro, Judge Presiding

**ORDER**

This appeal is DISMISSED.

It is so **ORDERED** on October 30, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2019.

_Luz Estrada_
Luz Estrada,
Chief Deputy Clerk